UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:24-cr-97-TPB-PRL
    18 U.S.C. § 922(g)(1)

DANIEL CHARLES BALL

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of a Firearm or Ammunition by a Convicted Felon)

On or about May 2, 2023, in the Middle District of Florida, the defendant,

**DANIEL CHARLES BALL,**

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. **Domestic Violence Battery by Strangulation**, on or about June 13, 2017;

2. **Resisting Law Enforcement with Violence**, on or about October 22, 2021;

3. **Battery on Law Enforcement Officer**, on or about October 22, 2021;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Mossberg firearm, Tulammo ammunition, Federal ammunition, RWS ammunition, and Hornady ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: CBC (Companhia Braziliera de Cartuchos) Model 702 Plinkster .22 caliber rifle, imported by Mossberg International, Inc., bearing serial number EOE4093614, and assorted ammunition, which were all seized from the defendant's residence on or about May 2, 2023.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
WILLIAM S. HAMILTON
Assistant United States Attorney

By: _____
ROBERT E. BODNAR, JR.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
August 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

DANIEL CHARLES BALL

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this __6th__ day

of August, 2024.

_M. Taylor_____
Clerk

Bail $_____

GPO 863 525