UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:24-cr-97-TPB-PRL

DANIEL CHARLES BALL

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney Nicole M. Andrejko, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney William S. Hamilton, on behalf of the Government.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington St., Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7560
Facsimile: (407) 648-7643
E-Mail: Nicole.Andrejko@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
