UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 5:24-cr-00097-TPB-PRL-1** |
| | : | |
| | : | |
| **DANIEL BALL,** | : | |
| | : | |
| *Defendant.* | : | |

## MOTION TO APPEAR PRO HAC VICE

The undersigned, Amy C. Collins, on behalf of her client, Daniel Ball, respectfully submits this Motion to Appear Pro Hac Vice, pursuant to Local Rule 2.01. In support of this Motion, the undersigned submits as follows:

1. The undersigned is not an active member in good standing in The Florida Bar.

2. The undersigned is a member of good standing of two U.S. district courts: the U.S. District Court for the District of Columbia and the U.S. District Court for the District of Maryland.

3. The undersigned has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

4. The undersigned has not initially appeared in any state or federal court in Florida in the last thirty-six months.

5. The undersigned is familiar with 28 U.S.C. § 1927.

6. The undersigned will comply with the federal rules and local rules;

7. The undersigned affirms the following oath of admission:

    I do solemnly swear:

    I will support the Constitution of the United States and the Constitution of the State of Florida;

1

I will maintain the respect due to courts of justice and judicial officers;

I will not counsel or maintain any suit or proceedings which shall appear to me to be unjust, nor any defense except such as I believe to be honestly debatable under the law of the land;

I will employ for the purpose of maintaining the causes confided to me such means only as are consistent with truth and honor, and will never seek to mislead the judge or jury by any artifice or false statement of fact or law;

I will maintain the confidence and preserve inviolate the secrets of my clients, and will accept no compensation in connection with their business except from them or with their knowledge and approval;

To opposing parties and their counsel, I pledge fairness, integrity, and civility, not only in court, but also in all written and oral communications;

I will abstain from all offensive personality and advance no fact prejudicial to the honor or reputation of a party or witness, unless required by the justice of the cause with which I am charged;

I will never reject, from any consideration personal to myself, the cause of the defenseless or oppressed, or delay anyone's cause for lucre or malice. So help me God.

8.  Upon/with the submission of this Motion, I will pay the $150.00 special admission fee.

9.  Upon my admission, I will register with the Middle District of Florida's CM/ECF system.

WHEREFORE, the undersigned respectfully requests this Court grant admission for me to appear and participate *pro hac vice* as counsel for Daniel Ball in this matter.

Respectfully submitted,

 /s/ Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2024, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF and email to all parties.

 /s/ Amy C. Collins
Amy C. Collins

3