# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Case No. 5:24-cr-00097-TPB-PRL-1** |
| : | |
| **DANIEL BALL,** : | |
| : | |
| *Defendant.* : | |

## ORDER

Upon consideration of Amy C. Collins's Motion to Appear Pro Hac Vice, it is hereby,

**ORDERED**, that the Motion is **GRANTED**, and Ms. Collins is admitted to appear and participate *pro hac vice* as counsel of record for Daniel Ball in this matter,

_____          _____
**DATE**                              **THOMAS P. BARBER**
                                       **UNITED STATES DISTRICT JUDGE**

1