# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:24-cr-00097-TPB-PRL-1 |
| Daniel Charles Ball | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Charles Ball, the defendant.

Date: Nov. 7, 2024

*Attorney's signature*

Amy C. Collins, D.C. Bar No. 1708316
*Printed name and bar number*

888 17th Street, NW, Suite 1200
Washington, D.C. 20006
*Address*

amy@amyccollinslaw.com, acollins@kalbianhagerty.com
*E-mail address*

228-424-0609
*Telephone number*

202-223-6625
*FAX number*