UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:24-cr-00097-TPB-PRL-1 |
| ) | |
| DANIEL BALL, ) | |
| *Defendant*. ) | |

## ORDER

Upon consideration of Daniel Ball's Motion for Arraignment *in Abstentia* and to Compel Discovery, it is hereby,

**ORDERED**, that the Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that an arraignment is set for _____; and it is hereby,

**FURTHER ORDERED**, that Mr. Ball may waive his appearance at the arraignment; and it is hereby,

**FURTHER ORDERED**, that the government must disclose all discoverable materials and information by January 1, 2025.

_____                             _____
**DATE**                                                          **PHILIP R. LAMMENS**
                                                                  **UNITED STATES MAGISTRATE JUDGE**