# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:24-cr-00097-TPB-PRL-1 |
| ) | |
| DANIEL BALL, ) | |
| *Defendant.* ) | |

## DEFENDANT BALL'S WAIVER OF APPEARANCE AT ARRAIGNMENT

I, Daniel Ball, the defendant in the above-named matter, have been advised of my rights to appear before the Court for an arraignment in the above-listed matter. Understanding those rights, I knowingly and voluntarily waive my right to appear at an arraignment and consent to my counsel appearing on my behalf, as permitted by Federal Rule of Criminal Procedure 10(b). I affirm that I have received a copy of the indictment against me in this matter. Moreover, I affirm that the plea is not guilty.

Date: 12/16/24

Daniel Ball
*Defendant*

Date: 12/16/2024

Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17th day of December 2024, I have served this Waiver upon all parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins