AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 5:24-cr-97·TPB·PRL |
| DANIEL CHARLES BALL | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DANIEL CHARLES BALL                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:


Date:    08/06/2024

                                    *Issuing officer's signature*

City and state:    Ocala, Florida        ELIZABETH WARREN, Clerk, United States District Court
                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/6/2024 , and the person was arrested on *(date)* 1/22/2025 at *(city and state)* Washington DC . |
| Date: 1/22/2025                                     *Arresting officer's signature* |
|                    Kaylee Bretz Deputy United States Marshal *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DANIEL CHARLES BALL | ) Case No.   5:24-cr-97·TPB·PRL |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DANIEL CHARLES BALL                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Date:      08/06/2024

*Issuing officer's signature*

City and state:                Ocala, Florida                ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/6/24 , and the person was arrested on *(date)* 1/22/25 at *(city and state)* Washington, DC . |
| Date: 1/22/25 |
| *Arresting officer's signature* |
| Tillis; DUSM FOR D/DC |
| *Printed name and title* |