Case 1:25-mj-00016-GMH  Document 4  Filed 01/29/25  Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    Case No. 25-mj-16 |
| | : |
| DANIEL BALL | : |
|         Defendant. | : |

## ORDER

On January 22, 2025, the Court conducted an Initial Appearance and Rule 5 Removal Hearing for Defendant Daniel Ball. Defendant was advised of the charge in the Indictment and of his rights. Defendant waived his right to an identity hearing and submitted on the warrant, a copy of which was provided to him during the hearing. The government requested that Defendant be held pending removal to the Middle District of Florida by the United States Marshals Service. Defendant did not waive his right to a detention hearing if the government seeks his pretrial detention in the Middle District of Florida but elected to have any such hearing in that district. Defendant additionally requested that, when returning him to the Middle District of Florida, the United States Marshals Service not transport him through FCI Petersburg where he alleges he was assaulted previously by a corrections officer.

The United States Marshals Service is hereby **ORDERED** to transport Defendant Daniel Ball to the Middle District of Florida for further proceedings. The Court **RECOMMENDS** that the United States Marshals Service not transported Defendant

through FCI Petersburg on his way to that district.

    **IT IS SO ORDERED.**

Date: January 23, 2025

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. ) Case No.
)
Daniel Charles Ball )  Charging District's Case No.
*Defendant* )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Middle District of Florida, Ocala Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Jan. 22, 2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Amy C. Collins
*Printed name of defendant's attorney*

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:25-mj-00016-GMH-1

| | |
|---|---|
| Case title: USA v. BALL | Date Filed: 01/22/2025 |

Assigned to: Magistrate Judge G. Michael Harvey

**Defendant (1)**

| | | |
|---|---|---|
| **DANIEL CHARLES BALL** | represented by | **Amy C. Collins**<br>888 17th Street, N.W.<br>Suite 1200<br>Washington, DC 20006<br>228-424-0609<br>Fax: 202-223-6625<br>Email: amy@amyccollinslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(8); UNLAWFUL TRANSPORTATION OF FIREARMS, ETC.; Possession of a Firearm or Ammunition by a Convicted Felon | |

**Plaintiff**

USA         represented by     **Adam Michael Dreher**
                               UNITED STATES ATTORNEY'S OFFICE
                               Capitol Siege
                               601 D. Street NW
                               Washington, DC 20530
                               202-252-1706
                               Email: adam.dreher@usdoj.gov
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*
                               *Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2025 | | Arrest (Rule 5) of DANIEL CHARLES BALL on Warrant issued by United States District Court for the Middle District of Florida executed on 01/22/2025 (zljn) (Entered: 01/22/2025) |
| 01/22/2025 | 1 | Arrest Warrant Returned Executed on 01/22/2025 as to DANIEL CHARLES BALL. Warrant issued on 08/06/2024 out of Ocala, Florida (Attachments: # 1 Indictment)(zljn) (Main Document 1 replaced on 1/22/2025) (zltp). (Entered: 01/22/2025) |
| 01/22/2025 | | ORAL MOTION for Temporary Detention by USA as to DANIEL CHARLES BALL. (zltp) (Entered: 01/23/2025) |
| 01/22/2025 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Initial Appearance in Rule 5 Proceedings as to DANIEL CHARLES BALL held on 1/22/2025. Oral Motion by the Government for Temporary Detention, pending removal to the Middle District of Florida, as to DANIEL CHARLES BALL (1); heard and granted. Defendant does not object to transfer to originating district. The Court advised the Government of its Due Process Obligations under Rule 5(f). Defendant to be Removed by the U.S. Marshal to the Middle District of Florida, Forth With. File documents forwarded to the originating jurisdiction. Bond Status of Defendant: Defendant held without bond; Court Reporter: FTR Gold; FTR Time Frame: CTRM 6: [3:29:31 - 3:40:57]; Defense Attorney: Amy Collins; US Attorney: Adam Dreher; Pretrial Officer: John Copes. (zltp) (Entered: 01/23/2025) |
| 01/22/2025 | 3 | WAIVER of Rule 5(c)(3) Hearings by DANIEL CHARLES BALL. (zltp) (Entered: 01/23/2025) |
| 01/23/2025 | 4 | ORDER OF REMOVAL as to DANIEL CHARLES BALL. Signed by Magistrate Judge G. Michael Harvey on 1/23/2025. (zltp) (Entered: 01/23/2025) |