# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 5:24-cr-97-TPB-PRL** |
| **DANIEL BALL,** ) | |
| *Defendant*. ) | |

## NOTICE OF PRESIDENTIAL PROCLAMATION

Daniel Ball, by and through undersigned counsel, respectfully gives notice of the presidential proclamation signed on January 20, 2025 (Proclamation 10887 of January 20, 2025, "Granting Pardons and Commutation of Sentences for Certain Offenses Relating To The Events At Or Near The United States Capitol On January 6, 2021") in which President Donald J. Trump directed the U.S. Attorney General "to pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021," among other things. Exhibit A (Presidential Proclamation as published in the Federal Register); Exhibit B (Presidential Proclamation as published on whitehouse.gov).

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
acollins@kalbianhagerty.com
amy@amyccollinslaw.com
*Counsel for Daniel Ball*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on this 30th day of January 2025, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to all parties.

                                                                                        _____/s/_____