# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Criminal No. 5:24-cr-97-TPB-PRL** |
| **DANIEL BALL,** | ) | |
| *Defendant*. | ) | |

## NOTICE OF DISMISSAL IN OTHER DISTRICT

Daniel Ball, by and through undersigned counsel, respectfully gives notice of the U.S. District Court for the District of Columbia's order dismissing *United States v. Daniel Ball*, No. 1:23-cr-00160-RC-1 (D.D.C.), with prejudice, *see* Exhibit A; *see also* Exhibit B, pursuant to the government's motion to dismiss, *see* Exhibit C.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
acollins@kalbianhagerty.com
amy@amyccollinslaw.com
*Counsel for Daniel Ball*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of January 2025, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to all parties.

                                                    _____/s/_____