# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-cr-160-RC** |
| | : | |
| **DANIEL BALL,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Pursuant to the motion filed by the United States, ECF No. 74, it is hereby ordered that

the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

HONORABLE Rudolph Contreras
United States District Court Judge