# Exhibit B

**Subject:** Activity in Case 1:23-cr-00160-RC USA v. BALL Dismissal of Counts on Government Motion
**Date:** Monday, January 27, 2025 at 11:11:27 AM Eastern Standard Time
**From:** DCD_ECFNotice@dcd.uscourts.gov
**To:** DCD_ECFNotice@dcd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 1/27/2025 at 11:10 AM EDT and filed on 1/21/2025

**Case Name:**        USA v. BALL
**Case Number:**      1:23-cr-00160-RC
**Filer:**
**Document Number:** No document attached

## Docket Text:
**DISMISSAL OF COUNTS on Government Motion as to DANIEL BALL. (zstd)**

**1:23-cr-00160-RC-1 Notice has been electronically mailed to:**

Andrew Talis Floyd       andrew.floyd@usdoj.gov, USADC.ECFVCNT@usdoj.gov

Amy C. Collins       amy@amyccollinslaw.com, dccrimadmin@pricebenowitz.com

Adam Michael Dreher       adam.dreher@usdoj.gov, USADC.ECFCSS@usdoj.gov

Aliya Khalidi       aliya.khalidi@usdoj.gov

**1:23-cr-00160-RC-1 Notice will be delivered by other means to::**