# Exhibit C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 23-cr-160-RC** |
| **DANIEL BALL,** | |
| **Defendant.** | |

**UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE  48(a)**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to

dismiss the indictment against the defendant with prejudice. The government cites to the Executive

Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain

Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the

reason for this dismissal.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


_____/S/_____
ADAM M. DREHER
Assistant United States Attorney
Mich. Bar P79246
601 D Street, NW
Washington, D.C. 20530
adam.dreher@usdoj.gov
(202) 252-1706

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-cr-160-RC** |
| | : | |
| **DANIEL BALL,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Pursuant to the motion filed by the United States, ECF No. 74, it is hereby ordered that

the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2025.

_____
HONORABLE Rudolph Contreras
United States District Court Judge