# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No.: 5:24-cr-97-TPB-PRL-1** |
| : | |
| **DANIEL BALL,** : | |
| : | |
| *Defendant*. : | |

## NOTICE OF CERTIFICATE OF PARDON

Daniel Ball, by and through undersigned counsel, respectfully gives notice of his Certificate of Pardon provided by the U.S. Office of the Pardon Attorney, attached as Exhibit A, pursuant to the undersigned's email request asking for such a certificate to memorialize the president's pardoning of Mr. Ball in the above-listed case and in *United States v. Daniel Ball*, No. 1:23-cr-00160-RC-1 (D.D.C.), *see* Exhibit B.

Respectfully submitted,

  /s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 31st day of January 2025, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to all parties.

                                                     /s/  Amy C. Collins  
                                                     Amy C. Collins