# Exhibit A

# Donald J. Trump

*President of the United States of America*

# Certificate of Pardon

*Daniel Charles Ball*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on January 31, 2025.*



ID318634