# Exhibit B

**Subject:** Re: January 20, 2025 Pardon Certificates
**Date:** Thursday, January 30, 2025 at 3:17:17 PM Eastern Standard Time
**From:** Amy Collins
**To:** USPardon Attorney

Hi there,

I am writing to request these certificates be relayed to me ASAP, as these clients are still being held in custody. Thank you in advance.

Best,
Amy

---

**From:** Amy Collins <Amy@amyccollinslaw.com>
**Date:** Monday, January 27, 2025 at 4:00 PM
**To:** USPardon Attorney <USPardon.Attorney@usdoj.gov>
**Subject:** January 20, 2025 Pardon Certificates

Good afternoon,

I am writing to request pardon certificates for the following clients in the following cases:

- ████████████
    - ████████████████████████
- Daniel Charles Ball
    - US v. Ball, 1:23-cr-00160-RC-1 (D.D.C.)
    - US v. Ball, 5:24-cr-00097-TPB-PRL-1 (M.D. Florida)

Best,

**Amy C. Collins**
Kalbian Hagerty LLP / The Law Office of Amy C. Collins
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(228) 424-0609
acollins@kalbianhagerty.com
amy@amyccollinslaw.com