Query  Reports  Utilities  Help  What's New  Log Out

CLOSED

## U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:25-mj-00016-GMH-1

Case title: USA v. BALL                                    Date Filed: 01/22/2025

Assigned to: Magistrate Judge G. Michael Harvey

**Defendant (1)**

DANIEL CHARLES BALL           represented by   **Amy C. Collins**
                                               888 17th Street, N.W.
                                               Suite 1200
                                               Washington, DC 20006
                                               228-424-0609
                                               Fax: 202-223-6625
                                               Email: amy@amyccollinslaw.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               *Designation: Retained*

**Pending Counts**                             **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                 **Disposition**

18:922(g)(1) and 924(a)(8); UNLAWFUL
TRANSPORTATION OF FIREARMS,
ETC.; Possession of a Firearm or
Ammunition by a Convicted Felon

**Plaintiff**

| | |
|---|---|
| USA | represented by **Adam Michael Dreher**<br>UNITED STATES ATTORNEY'S OFFICE<br>Capitol Siege<br>601 D. Street NW<br>Washington, DC 20530<br>202-252-1706<br>Email: adam.dreher@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2025 | | Arrest (Rule 5) of DANIEL CHARLES BALL on Warrant issued by United States District Court for the Middle District of Florida executed on 01/22/2025 (zljn) (Entered: 01/22/2025) |
| 01/22/2025 | 1 | Arrest Warrant Returned Executed on 01/22/2025 as to DANIEL CHARLES BALL. Warrant issued on 08/06/2024 out of Ocala, Florida (Attachments: # 1 Indictment)(zljn) (Main Document 1 replaced on 1/22/2025) (zltp). (Entered: 01/22/2025) |
| 01/22/2025 | | ORAL MOTION for Temporary Detention by USA as to DANIEL CHARLES BALL. (zltp) (Entered: 01/23/2025) |
| 01/22/2025 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Initial Appearance in Rule 5 Proceedings as to DANIEL CHARLES BALL held on 1/22/2025. Oral Motion by the Government for Temporary Detention, pending removal to the Middle District of Florida, as to DANIEL CHARLES BALL (1); heard and granted. Defendant does not object to transfer to originating district. The Court advised the Government of its Due Process Obligations under Rule 5(f). Defendant to be Removed by the U.S. Marshal to the Middle District of Florida, Forth With. File documents forwarded to the originating jurisdiction. Bond Status of Defendant: Defendant held without bond; Court Reporter: FTR Gold; FTR Time Frame: CTRM 6: [3:29:31 - 3:40:57]; Defense Attorney: Amy Collins; US Attorney: Adam Dreher; Pretrial Officer: John Copes. (zltp) (Entered: 01/23/2025) |
| 01/22/2025 | 3 | WAIVER of Rule 5(c)(3) Hearings by DANIEL CHARLES BALL. (zltp) (Entered: 01/23/2025) |
| 01/23/2025 | 4 | ORDER OF REMOVAL as to DANIEL CHARLES BALL. Signed by Magistrate Judge G. Michael Harvey on 1/23/2025. (zltp) (Entered: 01/23/2025) |
| 01/31/2025 | | Rule 5(c)(3) case transferred to United States District Court for the Middle District of Florida as to DANIEL CHARLES BALL. Forwarded original filed documents. Ordered by Magistrate Judge G. Michael Harvey on 01/23/2025. (zljn) (Entered: 01/31/2025) |
| 01/31/2025 | | Notice to United States District Court for the Middle District of Florida of a Rule 5 or Rule 32 Initial Appearance as to DANIEL CHARLES BALL. Your case number is: 5:24-cr-97. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 1 Arrest Warrant Returned Executed, Order on Motion for Temporary Detention, Initial Appearance - Rule 5, Rule 5(c)(3) Transfer Out, 4 Order, 3 Waiver of Rule 5(c)(3) Hearings. (If you require certified copies of any documents, please send a request to dcd_cmecf_cr@dcd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (zljn) (Entered: 01/31/2025) |