# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Case No. 5:24-cr-00097-TPB-PRL-1** |
| ) | |
| **DANIEL BALL,** ) | |
| *Defendant.* ) | |

## ORDER

Upon consideration of Daniel Ball's Unopposed Motion for Counsel's Virtual Appearance at Initial Appearance and Arraignment, it is hereby,

**ORDERED**, that the Unopposed Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that defense counsel is permitted to appear at the initial appearance and arraignment on February 4, 2025 at 2:15 p.m. by way of _____.

_____   _____
**DATE**                **PHILIP R. LAMMENS**
                        **UNITED STATES MAGISTRATE JUDGE**

1