UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
)
v. )
) Case No. 5:24-cr-00097-TPB-PRL-1
)
DANIEL BALL, )
)
*Defendant.* )

## DEFENDANT BALL'S WAIVER OF IN-PERSON APPEARANCE AT STATUS HEARING AND/OR INITIAL APPEARANCE AND/OR ARRAIGNMENT

I, Daniel Ball, the defendant in the above-named matter, have been advised of my rights to appear before the Court for a status conference and/or initial appearance and/or arraignment in the above-listed matter. Understanding those rights, I knowingly and voluntarily waive my right to appear in person and consent to me and/or my counsel appearing virtually, as permitted by Federal Rule of Criminal Procedure 43(b)(3) and Federal Rule of Criminal Procedure 10(c), respectively. *See also* Comm. Notes for 2002 Amend. (providing that subpart c permits a court to hold an arraignment by video teleconferencing when the defendant is at a different location).

Date: 1-7-25

Daniel Ball
*Defendant*

Date: 1-7-25

Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of February 2025, I caused a true and correct copy of the foregoing Waiver to be delivered via CM/ECF to all parties.

                                              _____/s/_____
                                                Amy C. Collins