AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:24-cr-00097-TPB-PRL |
| Daniel Charles Ball | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Charles Ball

Date:     02/03/2025

*George T. Pallas*
*Attorney's signature*

George T, Pallas, Bar No.: 348694
*Printed name and bar number*

2420 Coral Way
Miami, FL 33145

*Address*

george@pallaslaw.com
*E-mail address*

(305) 856-8580
*Telephone number*

(305) 860-4828
*FAX number*