UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 5:24-cr-0097-TPB-PRL-1 |
| | ) |
| **DANIEL BALL,** | ) |
|   Defendant | ) |
| _____/ | |

## UNOPPOSED MOTION FOR COUNSEL'S VIRTUAL APPEARANCE AT INITIAL APPEARANCE AND ARRAIGNMENT

The Defendant, DANIEL BALL, by and through undersigned counsel, and pursuant to Rule 5 and 10, Federal Rules of Criminal Procedure, respectfully requests that this Honorable Court permit the undersigned to appear at the initial appearance and arraignment on February 4, 2025, at 2:15 P.M. in the above listed matter by way of video teleconference (or another virtual means). In support of this Motion, counsel states as follows:

1. The Defendant was taken into custody in the Middle District of Florida since May 2, 2023, and has been in federal custody since that date.  He is charged herein with one count of Felon in Possession, under 18 U.S.C. §922(g)(1).

2. In addition to a court's inherent authority which allows it to conduct proceedings in the interest of judicial economy and otherwise, the Federal Rules of Criminal Procedure cited above permit the Court to utilize video teleconferencing or

other virtual means to hold hearings such as an initial appearance or an arraignment. *See, e.g.*, Fed. R. Crim. P. 5(g) (permitting video teleconferencing in the context of an initial appearance where a defendant consents); Fed. R. Crim.P. 10(c) (permitting video teleconferencing in the context of an arraignment where a defendant consents).

    3.  Undersigned counsel is based in Miami, Florida.  He was initially retained to enter his appearance yesterday afternoon and had insufficient time to make travel plans to appear in person in Ocala for today's proceeding.  Counsel's intention is to appear in person for all future proceedings absent some compelling reason to seek the Court's permission not to.  Counsel's virtual appearance today would prevent undue financial hardship for the defense and would be in the interest of judicial economy.

    4.  Accordingly, counsel requests that this Honorable Court permit the undersigned to appear at the initial appearance and arraignment on February 4, 2025, at 2:15 p.m. in the above-listed matter by way of video teleconference or another virtual means.

    5. The Defendant, Daniel Ball, has previously provided written consent for co-counsel Amy Collins to appear virtually at the arraignment, initial appearance, and/or status hearings and has verbally expressed the same to undersigned counsel. Moreover, the Court is free to inquire of the Defendant at today's hearing.

10. Prior to filing this motion, undersigned counsel contacted AUSA William S. Hamilton and is authorized to represent to the Court that the government does not oppose the request for the undersigned to appear for the initial appearance and arraignment virtually.

WHEREFORE, based upon the foregoing reasons, Defendant, Daniel Ball, requests that the Court grant the above-mentioned relief.

Respectfully submitted,

GEORGE T. PALLAS, P.A
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/___George T. Pallas_____
GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

I certify that on this 4th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

By:/s/___George T. Pallas_____
GEORGE T. PALLAS, ESQ.