# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                          5:24-cr-97-TPB-PRL

**DANIEL CHARLES BALL,**
    Defendant.

AUSA: William Hamilton
Deft. Atty.: Amy Collins, George Pallas

| JUDGE | Philip R. Lammens | DATE AND TIME | February 4, 2025<br>2:08 pm to 2:25 pm<br>17 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Bryan Coomer |

**CLERK'S MINUTES – (In District) INITIAL APPEARANCE AND ARRAIGNMENT**

Case called. Counsel for the Government and defendant are present in the courtroom. Attorneys Amy Collins and George Pallas are appearing telephonically. (Docs. 22 & 26)

On January 23, 2025, the defendant appeared in the District of Columbia on the warrant for the indictment. He appeared with retained counsel, waived an identity hearing, and reserved his rights to a detention hearing in this district. (Docs. 14, 20)

**(In District) INITIAL APPEARANCE**
Defendant provided with a copy of indictment.
Defendant advised of rights, charges, penalties, etc.

Court advised the parties of the requirements of the Due Process Protections Act.

**ARRAIGNMENT**
Defendant plead not guilty as to Count 1.
Judge Barber's **PRETRIAL DISCOVERY ORDER TO ENTER.**

Defendant's oral motion for Rule 16(a) discovery and Government's oral motion for Rule 16(b) discovery; GRANTED.

Government orally moves for detention.

Defendant requests to continue the Detention Hearing.

Discussion regarding scheduling.

Court GRANTS defendant's request for a continuance and schedules the Detention Hearing for Monday, February 10, 2025 at 10:00 am. Attorney George Pallas advises the court that he will appear in person for the hearing.

**ORDER OF TEMPORARY DETENTION TO ENTER.**

Attorney Amy Collins' oral motion to appear telephonically; GRANTED.