# EXHIBIT B

To Whom It may concern

I'm writing this letter on behalf of Daniel Ball and his son. I have had the pleasure of knowing Daniel since birth. Because of this I feel I can attest to his character and provide my personal perspective of him as a father.

I have watched Daniel grow up from a baby to a grown man. He is a kindhearted loving father to his special needs son. A man whose young son who loves him more than words can explain and needs him home in his daily life. Daniel's son has had multiple conversations with me on how he misses his dad and has all these ideas on what he wants to do with his dad when he gets out (like for example work on his van, ride bikes, play outside and there favorite thing go kayaking). I hope this letter helps shine a light on the father Daniel Ball is.


Sincerely
K.L. Beck