# **EXHIBIT D**

Your Honor,

I have known Daniel for most of his life.

Although he has made some poor choices that are on record and what people want to focus on and even exaggerate to provoke interest.

Daniel has held himself accountable for his actions to which have brought him to this point. The lessons he learned from all of this have made him dedicated to being a better person and more steady and positive influence on his son. The most important aspect of Daniel is his title of "Dad". Daniel has always been a great father who loves his son deeply. Daniel has a big heart and has always demonstrated this through kindness, compassion and commitment to his family and friends alike.

I look forward to watching him "growing the grace and knowledge of our Lord Savior Jesus Christ." 2 Peter 3:18.

Thank you for your time,
Jessica Semko (or known to Daniel as Aunt Jessica)