# EXHIBIT E

Your Honor,

I first met Daniel when he was about 4 years old after his mom invited my mom and 7-year-old me to their house for their Easter celebration and egg hunt. Our moms had met at work and became friends which led to me spending time off and on through the years with Daniel and his brother Chris who later became my husband. Daniel was also the ring bearer in my mom's wedding in December 1991 with Chris, his mom, and me also in the wedding party.

Through all of my time knowing Daniel, I have seen a person who is very passionate and caring with a great sense of humor. He loves his family deeply, especially his 12-year-old special needs son who is now at the age where he is entering adolescence and needs his dad more than ever to help him navigate through this confusing time in his life. Daniel's son is such a sweet and intelligent boy who has a passion for understanding how cars work and knows more about them than I do, and this is all thanks to the time he got to spend watching and learning from Daniel prior to the arrest.

My husband Chris is also suffering during this time that his brother has been in custody, and has been having increased health issues. Daniel has been calling when he can and has sincerely been trying to help motivate Chris to take better care of his health. I believe having Daniel back home would help my husband improve both emotionally and physically.

Please, I ask that my brother-in-law Daniel Ball can be reunited with his family whom he misses very much and who also misses him very much.

Thank you,

Chastity Ball