# EXHIBIT F

Dear Honorable Judge,

I am happy to write in support of Daniel C. Ball.  As Daniel's friend of over 20 years, I have watched him grow up into the friendly, hard-working man he is today.  Daniel was a popular server in the restaurant where he worked. While dining there, I've more than once overheard customers asking to be seated in his section.

When my daughter was younger, he would make sure she was having fun if he was around. Because of my extended and close personal knowledge of the family, I have watched him become a father. Daniel becoming a father was an easy transition because he played the favorite amongst the kids in the family. Daniel is a loving father. The bond between him and his son is unmatched.

I believe Daniel is a person of good moral character who has made valuable contributions to our community. I hope the court will take into consideration the positive qualities and contributions of Daniel when deciding this case.

Thank you for your consideration.

Sincerely,

Jessica Perez