# EXHIBIT G

To Whom It May Concern

I write this letter in support of Daniel Ball. I have known Daniel since birth. Because of this I feel I can attest to his character and provide my personal perspective of him.

I have watched Daniel grow up from a baby to a grown man.  A kindhearted loving man who is an excellent father to his special needs son. A man whose young son absolutely adores him and needs him home in his daily life.

Sincerely
Jeffery Beck