# EXHIBIT H

To whom it may concern,

   I'm writing this in reference to Daniel Ball.  I've been a co-worker and good friend of Dan for at least 8 years. In these years, I've witnessed Dan be a devoted single father. At times, he worked two jobs to take care of his son. Daniel has a heart of gold. He is one of the most respectful, kind souls that I know.  He is devoted to caring for his son and being a good person just in general.  As a good friend, this charge is completely radical. I know for a fact he did not own or have possession of any type of firearm. I visited him and his son often in their home and am witness to his love and devotion to his son and the betterment of their lives.  Please consider this letter as a character witness for Daniel.  He is a wonderful person inside and out, and my hopes are that none of this negativity has hardened his precious heart.

    Thank you,
Amanda McHugh