# **EXHIBIT I**

Dear Judge:

My name is Melissa Curry. I am a good friend of Daniel Ball, the father of our son. I met Daniel 13 years ago. He is a very fun loving and compassionate person. Daniel and I were together for about 4 years. We tried to make it work for us and our son but we have differences of opinion, so we went our separate ways for the good of our son. Throughout the years Daniel and I have remained good friends. He is very quick to help me in any way he can. Daniel is an amazing father. He goes above and beyond for his needs, and our son adores him. Our son likes to pretend to be silly and Daniel pretends with him. Our son is almost 13 and needs his dad. Daniel will do anything for anyone. He is a good person inside and out. Our family needs Daniel. Please for our son's sake let Daniel go. He is harmless. God says to forgive 7 x 77 and if God can do more then that for us I think we could show Daniel some grace and mercy. I need Daniel out to help me with our son. Please let him go.

Thank You.