# EXHIBIT J

To whom it concerns,

My name is Angel Lewis and was Daniel Ball employer for many years. Throughout the years he was a great employee. Very loyal + trustworthy. He was always a man of his word. If he was on the schedule you knew he was going to be there. What also made him such a great part of the team was his smile and kindness. He was wonderful to be around even in stressful moments.

Daniel does not belong there and I pray he will be let out to be the wonderful dad, son and friend to all of us who have missed him all this time. If you need any other information please do not hesitate to call ███████████████.

Thank you

Angel Lewis