# EXHIBIT K

Edward Trumbull

██████████

Feburary 3, 2025

Daniel Ball

██████████

To Whom it may concern:

I am writing this letter to you in the support of Daniel Ball. I have known Daniel for 19 years. He is a close friend. I believe I can attest to his character provide my perspective on him as an individual.

Daniel Ball is a kind kind and compassionate person, a loving father and an excellent friend. Daniel has helped me when I needed it the most. I have personally witnessed him go out of his way to help me and others. Some examples include assisting me with houseing when moving to a new town. He has helped my disabled mother with home tasks that she could not do on her own- to name only some examples.

Daniel is the type of friend that could be relied on to give you a ride in the middle of the night if your car broke down on a country road in the middle of nowhere. He is a person that is passionate about family, friends and being a productive member of his community. Daniel is a hard worker.

I respectfully request that the court consider this letter when making a decision. Thank you for your time

Sincerly,


Edward Trumbull

1