# EXHIBIT L

2/3/2025

To whom it may concern:

My name is Jonna Hunter and I have known Daniel Ball my entire life.  I know Daniel to be a very kind, caring person.  He has a big heart and loves wholeheartedly.  He is a great father and loves his son very much.  He is always making sure everyone around him is laughing and comfortable.  I grew up with him around my entire life and I always have the best memories when we were together.  I only know Daniel as a good person and have never witnessed an ounce of him being a bad person.