# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**v.**  Case No.: 5:24-cr-97-TPB-PRL-1

**DANIEL BALL,**

　　*Defendant*.

## NOTICE OF FILING

The Defendant, **DANIEL BALL**, through undersigned attorney submits the attached exhibits in support of the Response in Opposition to Motion for Pretrial Detention filed on February 7, 2025.

Respectfully submitted,

GEORGE T. PALLAS, P.A
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/___*George T. Pallas*_____
　　　GEORGE T. PALLAS, ESQ.

## **CERTIFICATE OF SERVICE**

I certify that on this 10<u>th</u> day of February 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

By:/s/____<u>*George T. Pallas*</u>_____<br>
GEORGE T. PALLAS, ESQ.