UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 22-cr- |
| v. | : | **VIOLATIONS:** |
| **JEREMY BERTINO,** | : | **18 U.S.C. § 2384** |
| | : | **(Seditious Conspiracy)** |
| Defendant. | : | |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of Firearm)** |

## INFORMATION

### Count One

The United States Attorney charges that, from in and around December 2020, through in and around January 2021, in the District of Columbia and elsewhere, the defendant,

**JEREMY BERTINO,**

did knowingly combine, conspire, confederate, and agree with Ethan Nordean, Joseph Biggs, Zachary Rehl, Charles Donohoe, Enrique Tarrio, Dominic Pezzola, and other persons known and unknown, to oppose by force the authority of the Government of the United States and to delay by force the execution of the laws governing the transfer of power, including the Twelfth Amendment to the Constitution and Title 3, Section 15 of the United States Code.

(In violation of Title 18, United States Code, Section 2384)

### Count Two

The United States Attorney charges that, on or about March 8, 2022, in Belmont, North Carolina,

**JEREMY BERTINO,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly receive and possess one or more firearm, that is, a Walther .22 caliber pistol; a Smith & Wesson 9mm pistol; a Hammerli .22LR tactical rifle with a scope; a .22 bolt action rifle; a Garaysar 12-gauge shotgun; and a Mossburg .22 AR-15-style firearm with a scope, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Erik M. Kenerson
        ERIK M. KENERSON//Ohio Bar No. 82960
        JASON B.A. MCCULLOUGH
           D.C. Bar No. 998006 // NY Bar No. 4544953
        NADIA E. MOORE // NY Bar No. 4826566
           On Detail to the District of Columbia
        Assistant United States Attorneys
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-7201
        Erik.Kenerson@usdoj.gov

        /s/ Conor Mulroe
        Conor Mulroe // NY Bar No. 5289640
        Trial Attorney // U.S. Department of Justice,
          Criminal Division
        1301 New York Ave. NW
        Suite 700
        (202) 330-1788
        conor.mulroe@usdoj.gov