# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**                                                      **5:24-cr-97-TPB-PRL**

**DANIEL CHARLES BALL,**
      **Defendant.**

AUSA: William Hamilton
Deft. Atty.: George Pallas, Amy Collins

| JUDGE | Philip R. Lammens | DATE AND TIME | February 10, 2025 |
|---|---|---|---|
| | | | 10:03 am – 11:01 am |
| | | | 11:07 am – 12:03 pm |
| | | | 1 hour 54 minutes |
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – DETENTION HEARING

Case called. All parties were present, and Attorney Amy Collins appeared telephonically.

Government maintains its position regarding the defendant's continued detention.

Defendant filed a motion for bond. (Doc. 35)

Government's proffer. (10:06 am – 11:00 am)

(break)

Defendant's response. (11:07 am – 11:19 am)

Defendant's Witness:   Eric Charles Ball (11:19 am – 11:22 am)
                        Cross exam (11:22 am – 11:33 am)
                        Redirect (11:33 am – 11:41 am)

Court GRANTS the Defendant's motion for release on bond with conditions.

**ORDER SETTING CONDITIONS OF RELEASE TO ENTER**