# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Criminal No. 5:24-cr-97-TPB-TRL-1** |
| ) | |
| DANIEL BALL, ) | |
| *Defendant*. ) | |

**RESPONSE IN SUPPORT OF GOVERNMENT'S AMENDED MOTION TO DISMISS**

Daniel Ball, by and through undersigned counsel, respectfully files this Response in Support of the government's Motion to Dismiss (ECF No. 42). In support of this Response, counsel submits as follows:

1. As this Court is aware, the undersigned was negotiating the dismissal of the above-listed matter with prejudice with the government pursuant to the presidential proclamation signed on January 20, 2025.

2. We also submitted on the record various arguments in support of a dismissal with prejudice in the above-listed matter, including those set forth by the undersigned at the detention hearing as to the interconnectedness between the above-listed matter and Mr. Ball's now dismissed case out of the U.S. District Court for the District of Columbia, *see* ECF No. 16. *See also, e.g.*, ECF No. 19.

3. On February 20, 2025, the government notified the undersigned that it would be moving to dismiss the above-listed matter with prejudice.

4. On February 20, 2025, the government filed a Motion to Dismiss, *see* ECF No. 41, which it amended later that day to correct a typographical error, *see* ECF No. 42.

1

5. We consent to the government's request to dismiss the above-listed matter with prejudice, which is set forth in ECF No. 42.

6. Should the Court find it helpful for the parties to submit additional support for the government's motion, Mr. Ball would gladly submit such material upon the Court's request.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February 2025, I caused a true and correct copy of the foregoing Response to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins