**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No.: 5:24-cr-97-TPB-PRL

DANIEL CHARLES BALL,

    Defendant.
_____/

**ORDER DISMISSING CASE**

Pursuant to "United States' Amended Motion to Dismiss the Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a)" (Doc. 42), the motion is **GRANTED** to the extent that the indictment pending in the above-referenced case is dismissed with prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

**DONE** and **ORDERED** in Chambers, in Ocala, Florida, this 25th day of February, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE